65 A.3d 293

COMMONWEALTH of Pennsylvania, Petitioner,

v.

Charles Ray HICKS, Respondent.

No. 740 MAL 2012.

Supreme Court of Pennsylvania.

April 17, 2013.

## *ORDER*

PER CURIAM.

**AND NOW,** this 17th day of April, 2013, the Petition for Allowance of Appeal is **GRANTED.** The issue, rephrased for clarity, is:

Under what circumstances are rulings limiting or specifying which witnesses a party may call appropriate for consideration before trial under Pa.R.E. 403?